UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
NILUFAR NIZAMKHODJAEVA,

                Plaintiff,

   - against -

CHAMPIONS SPORTS CENTER INC. *et al.*,

                Defendants.
-------------------------------------------------------------------x

**ORDER ADOPTING REPORT AND RECOMMENDATION**
20-CV-872 (RRM) (RER)

ROSLYNN R. MAUSKOPF, United States District Judge.

In a *sua sponte* report and recommendation dated January 5, 2021, (the "R&R"), Magistrate Judge Ramon E. Reyes Jr. recommended that the Court approve the settlement agreement between the parties, finding that the settlement agreement is fair and reasonable and satisfies the criteria in *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015). The R&R, which was electronically served on January 5, 2021, advised the parties that objections to the R&R must be filed by January 19, 2021. To date, neither party has filed an objection to the R&R.

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, adopts the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Accordingly, it is

ORDERED that the R&R is adopted in its entirety and the motion for settlement is granted and the settlement is approved. The parties shall file their stipulation of dismissal within 30 days of the date of this Order.

                                                SO ORDERED.

Dated: Brooklyn, New York
       February 5, 2021

                                               *Roslynn R. Mauskopf*
                                               _____
                                               ROSLYNN R. MAUSKOPF
                                               United States District Judge